| PETICION DE SECUESTRO | PROCESO ORDINARIO |
|---|---|
|  | HARRY SARGEANT, III <br><br> VS. <br><br> MAROIL TRADING, INC., SEA PIONEER SHIPPING CORPORATION y WILMER RUPERTI PERDOMO |

**SEÑOR JUEZ DEL CIRCUITO CIVIL DEL PRIMER CIRCUITO JUDICIAL, EN TURNO:**

Nosotros, **MORGAN & MORGAN**, abogados en ejercicio, con oficinas ubicadas en el Piso 23 del edificio MMG Tower, Ave. Paseo del Mar, Costa del Este, Ciudad de Panamá, República de Panamá, con teléfono 265-7777, en nuestra calidad de Apoderados Especiales del señor **HARRY SARGEANT, III,** varón, estadounidense, mayor de edad, con domicilio en 1420 North Ocean Drive, Gulf Stream 33483, del estado de Florida, Estados Unidos de América, promovemos por este medio con fundamento en el artículo 533 del Código Judicial, **PETICION DE SECUESTRO** contra **MAROIL TRADING, INC.,** sociedad panameña, debidamente inscrita en la sección Mercantil del Registro Público a Folio Digital No. 322342, cuyo representante legal lo es Wilmer José Ruperti Perdomo, varón venezolano, con cédula de identidad personal número de No. 5.097.175, con domicilio en calle 53 Este, Urbanización Marbella, Edificio World Trade Center, suite 502, Ciudad de Panama, República de Panama; **SEA PIONEER SHIPPING CORPORATION,** sociedad panameña, debidamente inscrita en la sección Mercantil del Registro Público a Folio Digital No. 315775, cuyo representante legal lo es Wilmer José Ruperti Perdomo, varón venezolano, con cédula de identidad personal número de No. 5.097.175, con domicilio en calle 53 Este, Urbanización Marbella, Edificio World Trade Center, suite

1

502, Ciudad de Panama, República de Panama y contra el señor **WILMER RUPERTI PERDOMO,** varón venezolano, con cédula de identidad personal número de No. 5.097.175, con domicilio en calle 53 Este, Urbanización Marbella, Edificio World Trade Center, suite 502, Ciudad de Panama, República de Panama.

La presente petición es formulada con el fin de evitar que la pretensión que ejercita nuestro representado resulte ilusoria en sus efectos.

El secuestro deberá recaer hasta la concurrencia de la suma de CINCUENTA MIL DOLARES (US$50,000.00), moneda de curso legal de los Estados Unidos de América, sobre los siguientes bienes:

1. **SUMAS DE DINERO:**

    Sobre cualesquiera sumas de dinero a nombre de **MAROIL TRADING, INC., SEA PIONEER SHIPPING CORPORATION y WILMER RUPERTI PERDOMO** que se encuentren depositadas en cuentas corrientes, de ahorro o a plazo en los bancos de la localidad que indicamos a continuación:

    - ALLBANK CORP.
    - BAC INTERNATIONAL BANK, INC.
    - BALBOA BANK & TRUST CORP.
    - BANCO ALIADO, S.A.
    - BANCO AZTECA (PANAMA) S.A.
    - BBP BANK, S.A.
    - SCOTIABANK (PANAMA) S.A.
    - BANCO DAVIVIENDA (PANAMA) S.A.
    - BANCO DELTA, S.A.
    - BANCO DE BOGOTA, S.A.

- MULTICREDIT BANK (MULTIBANK)
- BANCO NACIONAL DE PANAMA, S.A.
- BANISI, S.A.
- CAJA DE AHORROS
- BANCO FICOHSA (PANAMA), S.A.
- BANCO G&T CONTINENTAL (PANAMA) S.A.
- BANCO GENERAL, S.A.
- BANCO INTERNACIONAL DE COSTA RICA, S.A. (BICSA)
- BANCO LAFISE PANAMA, S.A.
- BANCO LATINOAMERICANO DE COMERCIO EXTERIOR, S.A. (BLADEX)
- BANCO LA HIPOTECARIA S.A.
- BANCOLOMBIA, S.A.
- BANCO DEL PACIFICO (PANAMA), S.A.
- BANCO PANAMA, S.A.
- BANCO PANAMEÑO DE LA VIVIENDA, S.A. (BANVIVIENDA)
- BANCO PICHINCHA PANAMA, S.A.
- BANCO PRIVAL, S.A. O PRIVAL BANK, S.A.
- BANESCO, S.A.
- BANK OF CHINA LIMITED
- BCT BANK INTERNATIONAL, S.A.
- BI-BANK, S.A.
- CANAL BANK, S.A.
- CAPITAL BANK, S.A.
- CITIBANK, N.A. SUCURSAL PANAMA
- CREDICORP BANK, S.A.
- GLOBAL BANK CORPORATION
- BANISTMO, S.A.
- KEB HANA BANK
- MEGA INTERNATIONAL COMMERCIAL BANK CO.LTD.
- MERCANTIL BANK (PANAMA), S.A.

- METROBANK, S.A.
- MMG BANK CORPORATION
- MULTIBANK INC.
- ST. GEORGES BANK & COMPANY, INC.
- THE BANK OF NOVA SCOTIA (SCOTIABANK)
- TOWERBANK INTERNATIONAL INC.
- UNIBANK, S.A.
- ATLAS BANK (PANAMA), S.A.

2. **BIENES INMUEBLES**

Sobre cualesquiera bienes inmuebles inscritos en el Registro Público de Panamá, a nombre de MAROIL TRADING, INC., SEA PIONEER SHIPPING CORPORATION y WILMER RUPERTI PERDOMO

3. **SECUESTRO SOBRE LA ADMINISTRACION**

Sobre la administración de las sociedades **MAROIL TRADING, INC., y SEA PIONEER SHIPPING CORPORATION** con domicilio en con domicilio en calle 53 Este, Urbanización Marbella, Edificio World Trade Center, suite 502, Ciudad de Panama, República de Panama.

**ADMINISTRADOR JUDICIAL:** Designamos al Licenciado Ciro Marto Cano, como Administrador Judicial.

**PRUEBAS:**

1. Poder otorgado por HARRY SARGEANT, III, a favor de MORGAN & MORGAN.
2. Certificado de Registro Público de la Sociedad **MAROIL TRADING, INC.,**

3. Certificado de Registro Público de la Sociedad **SEA PIONEER SHIPPING CORPORATION.**

**DERECHO**: Artículos 533, 535 y 536 y demás concordantes del Código Judicial.

Panamá, fecha de su presentación

**MORGAN & MORGAN**

José Carrizo D.-



| ATTACHMENT REQUEST | ORDINARY PROCEEDING |
|---|---|
|  | HARRY SARGEANT, III |
|  | VS. |
|  | MAROIL TRADING, INC., SEA PIONEER SHIPPING CORPORATION and WILMER RUPERTI PERDOMO |

**HONORABLE CIVIL CIRCUIT JUDGE OF THE FIRST JUDICIAL CIRCUIT, ON DUTY:**

We, **MORGAN & MORGAN,** acting attorneys, with offices located on the 23rd Floor of the MMG Tower, Ave. Paseo del Mar, Costa del Este, Panama City, Republic of Panama, with telephone number 265-777, in our capacity as Special Attorneys in Fact of Mr. **HARRY SARGEANT, III**, male, American, of legal age, domiciled at 420 North Ocean Drive, Gulf Stream 33483, state of Florida, United States of America, hereby file based on article 533 of the Judicial Code, an **ATTACHMENT REQUEST** against **MAROIL TRADING, INC.,** a Panamanian company, duly registered in the Commercial section of the Public Registry on Digital Folio No. 322342, whose legal representative is Wilmer José Ruperti Perdomo, Venezuelan male, with personal identification card number 5,097,175, domiciled at calle 53 Este, Marbella District, World Trade Center building, suite 502, Panama City, Republic of Panama; **SEA PIONEER SHIPPING CORPORATION**, a Panamanian company, duly registered in the Commercial Section of the Public Registry under Digital Folio no. 315775, whose legal representative is Wilmer José Ruperti Perdomo, Venezuelan male, with personal identification card number 5,097,175, domiciled at calle 53 Este, Marbella District, World Trade Center building, suite

1

502, Panama City, Republic of Panama, and against Mr. **WILMER RUPERTI PERDOMO**, Venezuelan male, with personal identification card number 5,097,175, domiciled at calle 53 Este, Marbella District, World Trade Center building, suite 502, Panama City, Republic of Panama.

This request is filed for the purpose of avoiding the claim exercised by our client becoming illusory in its effects.

The attachment shall apply up to the sum of FIFTY THOUSAND DOLLARS (US$ 50,000.00), legal tender of the United States of America, on the following assets:

1. **SUMS OF MONEY**:

On any sums of money in the name of **MAROIL TRADING, INC., SEA PIONEER SHIPPING CORPORATION and WILMER RUPERTI PERDOMO** which are deposited in checking accounts, savings accounts or time deposit accounts at the banks of the locality we note in continuation:

- ALLBANK CORP.
- BAC INTERNATIONAL BANK, INC.
- BALBOA BANK & TRUST CORP.
- BANCO ALIADO, S.A.
- BANCO AZTECA (PANAMA) S.A.
- BBP BANK, S.A.
- SCOTIABANK (PANAMA) S.A.
- BANCO DAVIVIENDA (PANAMA) S.A.
- BANCO DELTA, S.A.
- BANCO DE BOGOTA, S.A.

2

- MULTICREDIT BANK (MULTIBANK)
- BANCO NACIONAL DE PANAMA, S.A.
- BANISI, S.A.
- CAJA DE AHORROS
- BANCO FICOHSA (PANAMA), S.A.
- BANCO G&T CONTINENTAL (PANAMA) S.A.
- BANCO GENERAL, S.A.
- BANCO INTERNACIONAL DE COSTA RICA, S.A. (BICSA)
- BANCO LAFISE PANAMA, S.A.
- BANCO LATINOAMERICANO DE COMERCIO EXTERIOR, S.A. (BLADEX)
- BANCO LA HIPOTECARIA S.A.
- BANCOLOMBIA, S.A.
- BANCO DEL PACIFICO (PANAMA), S.A.
- BANCO PANAMA, S.A.
- BANCO PANAMEÑO DE LA VIVIENDA, S.A. (BANVIVIENDA)
- BANCO PICHINCHA PANAMA, S.A.
- BANCO PRIVAL, S.A. O PRIVAL BANK, S.A.
- BANESCO, S.A.
- BANK OF CHINA LIMITED
- BCT BANK INTERNATIONAL, S.A.
- BI-BANK, S.A.
- CANAL BANK, S.A.
- CAPITAL BANK, S.A.
- CITIBANK, N.A. SUCURSAL PANAMA
- CREDICORP BANK, S.A.
- GLOBAL BANK CORPORATION
- BANISTMO, S.A.
- KEB HANA BANK
- MEGA INTERNATIONAL COMMERCIAL BANK CO.LTD.
- MERCANTIL BANK (PANAMA), S.A.

3

- METROBANK, S.A.
- MMG BANK CORPORATION
- MULTIBANK INC.
- ST. GEORGES BANK & COMPANY, INC.
- THE BANK OF NOVA SCOTIA (SCOTIABANK)
- TOWERBANK INTERNATIONAL INC.
- UNIBANK, S.A.
- ATLAS BANK (PANAMA), S.A.

2. **REAL ESTATE**

On any real estate registered in the Public Registry of Panama, in the name of MAROIL TRADING, INC., SEA PIONEER SHIPPING CORPORATION and WILMER RUPERTI PERDOMO.

3. **ATTACHMENT ON ADMINISTRATION**

On the administration of the companies **MAROIL TRADING, INC., and SEA PIONEER SHIPPING CORPORATION**, domiciled at calle 53 Este, Marbella District, World Trade Center building, suite 502, Panama City, Republic of Panama.

**RECEIVER:** We designate Mr. Ciro Marto Cano as Receiver.

**EVIDENCE:**

1. Power of attorney granted by HARRY SARGEANT III in favor of MORGAN & MORGAN.
2. Public Registry Certificate of the company **MAROIL TRADING, INC.**

4

3. Public Registry Certificate of the company **SEA PIONEER SHIPPING CORPORATION.**

**LAW**: Articles 533, 535, 536 and all other concordant articles of the Judicial Code.

Panama, date of its presentation.

**MORGAN & MORGAN**

[Signature]

José Carrizo D.

[Stamp:] REPUBLIC OF PANAMA
EDIF. 353
[Emblem]
RECORD OF ENTRY
JUDICIAL BODY
          [Stamp:] JUL 25 2017 10:47 PM

[Stamp:] JUDICIAL BODY
SINGLE RECORD OF ENTRY
R.U.E. – EDIF. 353
We received on [handwritten:] *7 25 2017* at *10:47* pm by [Signature]

5